**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00035

TONYA RICHARDSON,

    Plaintiff,

       v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

NOW COMES the Plaintiff, TONYA RICHARDSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter. Plaintiff also specifically requests that this honorable court vacate the Scheduling Conference set for April 20, 2010 at 2:00 p.m. before Judge John L. Kane.

Respectfully Submitted,

DATED: March 24, 2011	KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph: (323) 988-2400; Fx: (866) 861-1390
rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on March 24, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:	/s/ Ryan Lee
Ryan Lee