IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-35-JLK**

**TONYA RICHARDSON,**

     Plaintiff,

v.

**MONARCH RECOVERY MANAGEMENT, INC.,**

     Defendant.

---

# MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Request (Motion) for Extension to File Dismissal (doc. #12), filed May 3, 2011, is **GRANTED** up to and including June 2, 2011.

---

Dated:  May 4, 2011