**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00035-JLK-CBS

TONYA RICHARDSON,

    Plaintiffs,

       v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

**Fed. R. Civ. P. 41(a)(1)**

---

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, TONYA RICHARDSON and Defendant, MONARCH RECOVERY MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

1.     The dispute between the parties has been settled, therefore, the claims asserted by Plaintiffs, TONYA RICHARDSON, against Defendant, MONARCH RECOVERY MANAGEMENT, INC.., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 29, 2011        KROHN & MOSS, LTD.

                                                /s/ Nicholas J. Bontrager
                                                Nicholas J. Bontrager, Esq.
                                                Attorney for Plaintiffs,
                                                TONYA RICHARDSON

Dated: June 29, 2011         TREECE, ALFREY, MUSAT & BOSWORTH, P.C.

                                                /S/ Laura A. Hass
                                                Laura A. Hass, Esq.
                                                Attorney for Defendant,
                                                MONARCH RECOVERY MANAGEMENT, INC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

                                                _____
                                                The Honorable Judge

                                                United States Magistrate Judge